IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00029-LTB-CBS | Date: March 27, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

MARIE BUTLER-RATLIFF,                  *Pro se*

Plaintiff,

v.

GOODWILL INDUSTRIES OF DENVER,        Ashley Fetyko
                                                              Nicholas Murray

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 02:01 p.m.**
Court calls case.  Appearances of counsel.

Mr. Murray makes oral motion to withdraw *MOTION [18] to Dismiss Plaintiff's Complaint* without prejudice and keep the *Motion for More Definite Statement*.

**ORDERED:**     Mr. Murray's oral motion is **GRANTED**.  The Motion to Dismiss Plaintiff's Complaint is **WITHDRAWN without prejudice** and Motion for More Definite Statement is **GRANTED.**

The Plaintiff shall file an Amended Complaint by **April 27, 2015.**

A Status Conference is set for **May 19, 2015 at 1:00 p.m.**

Discussion regarding mediation.

Hearing Concluded.
**Court in recess: 02:50 p.m.**
Time in court: 00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.