**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-00029-LTB-CBS

MARIE BUTLER-RATLIFF,

    Plaintiff,

v.

GOODWILL INDUSTRIES OF DENVER,

    Defendant.

_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 26 - filed May 13, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

DATED at Denver, Colorado, this  14th  day of  May , 2015.

                                                     BY THE COURT:


                                                     s/Lewis T. Babcock
                                                     LEWIS T. BABCOCK, Senior Judge
                                                     United States District Court